DOCKETED

DEC 0 1 2003

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT KUC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| GEORGE PASSAS, | ) | |
| City of Chicago Police Officer, | ) | JUDGE PALLMEYER |
| Star Number 19185, | ) | MAGISTRATE JUDGE MASON |
| JEFFREY LOQUERCIO, | ) | |
| City of Chicago Police Officer, | ) | 03C 8590 |
| Star Number 18782, | ) | |
| CITY OF CHICAGO, a | ) | |
| municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

COMPLAINT

### Jurisdiction

1. The jurisdiction of the court is invoked pursuant to the Civil Rights Act, 42 U.S.C. §§ 1981. 1983, and 1985; the judicial code 28 U.S.C. §§ 1331, 1343(a); the Constitution of the United States; and pendant jurisdiction, as provided under U.S.C. § 1367(a).

### Parties

2. Plaintiff, Robert Kuc, D.O.B. 9-1-63, is a 40-year-old male, and resident of Chicago, Cook County, Illinois.

3. Defendants, City of Chicago (hereinafter "the City") Police Officers George Passas, Star Number 19185, and Jeffrey Loquercio, Star Number 18782, were at the time of this occurrence, duly licensed City of Chicago police officers. They engaged in the conduct complained of in the course and scope of their employment and under color of law. They were acting in their individual and official capacities.

4. Defendant, City of Chicago, is a municipal corporation, duly incorporated under the laws of the state of Illinois, and the City was, at the time of the occurrence, the employer and principal of Defendant police officers Passas and Loquercio.

### Facts

5. On or about December 19, 2001, the Plaintiff was approached, seized and ultimately

arrested for driving under the influence of alcohol and driving on a revoked or suspended license, on or about the 5200 block of West Diversey Avenue in the City of Chicago by Defendant Officers Passas and Loquercio.

6. Before the Plaintiff was arrested, the Plaintiff had not committed any crime, there was no warrant for his arrest and there was no legal justification to search, seize, and ultimately arrest him.

7. After arresting the Plaintiff, back at the police station, Defendant Passas grabbed the Plaintiff and hit the Plaintiff repeatedly in his face, causing bruising, soreness, acute pain, and lacerations.

8. The Defendants wrongfully gave the Plaintiff a summary suspension of his license, causing the Plaintiff economic and property damage.

9. The Plaintiff never drove or was in actual physical control of the vehicle the Defendants claimed he had driven or was in actual physical control of while being intoxicated.

10. The Plaintiff never hit any police officer, and never resisted arrest.

### COUNT I – 42 U.S.C. § 1983 Excessive Force Claim (Passas Only)

11. Plaintiff realleges what has previously been alleged in the Complaint.

12. The actions of Defendant Passas in physically abusing and otherwise using unreasonable and unjustifiable force against Plaintiff, violated Plaintiff's right under the Fourth Amendment to the United States Constitution to be secure in her person, papers and effects against unreasonable searches and seizures and thus violated 42 U.S.C. § 1983.

13. The actions of Defendant Passas were the direct and proximate cause of the violations of Plaintiff's Fourth Amendment rights, his injuries, including lacerations, swelling, bruising, soreness, acute pain, mental suffering, anguish and humiliation, and a loss of personal freedom, and medical and legal expenses, as well as economic loss of wages and other business opportunities.

WHEREFORE, pursuant to 42 U.S.C. § 1983, Plaintiff demands compensatory damages against Defendant Passas, and because these Defendant acted maliciously wantonly, or oppressively, substantial punitive damages, plus the costs of this action, plus attorney's fees and such other and additional relief as this court deems equitable and just.

### COUNT II – 42 U.S.C. § 1983 Unreasonable Search and Seizure/False Arrest Claim
(Defendants Passas and Loquercio)

14. Plaintiff realleges what has been previously alleged in this Complaint.

15. The actions of Defendants in seizing, searching and ultimately arresting the Plaintiff violated Plaintiff's right under the Fourth Amendment to the United States Constitution to be secure in his person, papers and effects against unreasonable searches and seizures and thus violated 42 U.S.C. § 1983.

16. The actions of the Defendants were the direct and proximate cause of the violations of Plaintiff's Fourth Amendment rights, his mental suffering, anguish and humiliation, a loss of personal freedom, and medical and legal expenses, as well as economic loss of wages and other business opportunities.

WHEREFORE, pursuant to 42 U.S.C. § 1983, Plaintiff demands compensatory damages

against Defendants, and because these Defendants acted maliciously, wantonly, or oppressively, substantial punitive damages, plus the costs of this action, plus attorney's fees and such other and additional relief as this court deems equitable and just.

### COUNT III – Defendant City of Evanston (Indemnification)

17. Plaintiff realleges what has been previously alleged in this Complaint.

18. Defendant City of Chicago was the employer of Defendants Passas and Loquercio at the time of this incident.

19. Defendants Passas and Loquercio committed the acts alleged above under color of law and in the scope of their employment as a City of Chicago police officers.

WHEREFORE, should Defendants Passas and Loquercio be found liable on one or more of the claims set forth above, Plaintiff demands that the Defendant City of Chicago be found liable for any judgment he obtains thereon against said defendants, as well as for all attorney's fees and costs awarded.

PLAINTIFF DEMANDS TRIAL BY JURY.

Respectfully submitted,

By _____
Richard J. Dvorak, Attorney for the Plaintiff.

Richard J. Dvorak
Law Office of Richard J. Dvorak
6133 S. Ellis
Chicago, IL 60637
(773) 752-7586 (phone)
(773) 752-6960 (fax)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**DOCKETED**

DEC 0 1 2003

## Civil Cover Sheet

03C 8590

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the Northern District of Illinois.

JUDGE PALLMEYER

**Plaintiff(s):** Robert Kuc

County of Residence: Cook

Plaintiff's Atty: Richard J. Dvorak
Law Office of Richard J. Dvorak
6133 S. Ellis, Chicago, IL 60637
(773) 752-7586

**Defendant(s):** George Passas, et. al.

County of Residence: Cook

Defendant's Atty:

MAGISTRATE JUDGE MASON

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties (Diversity Cases Only)**
  Plaintiff:- N/A
  Defendant:- N/A

**IV. Origin :** 1. Original Proceeding

**V. Nature of Suit:** 440 Other Civil Rights

**VI. Cause of Action:** 18 U.S.C. 1983

**VII. Requested in Complaint**
  Class Action: **No**
  Dollar Demand:
  Jury Demand: **Yes**

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

**Signature:**

**Date:** 11/26/03

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

Kuc v. Passas

Case Number: 03C 8590

DOCKETED DEC 0 1 2003

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff

JUDGE PALLMEYER

MAGISTRATE JUDGE MASON

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: |
| NAME: Richard J. Dvorak | NAME: |
| FIRM: Law Office of Richard J. Dvorak | FIRM: |
| STREET ADDRESS: 6133 S. Ellis | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, IL 60637 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 773-752-7586 / FAX NUMBER: 773-752-6960 | TELEPHONE NUMBER: / FAX NUMBER: |
| E-MAIL ADDRESS: richarddvorak@hotmail.com | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 6269687 (IL) | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

FILED 03 NOV 26 PM 12:19 CLERK U.S. DISTRICT COURT

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: / FAX NUMBER: | TELEPHONE NUMBER: / FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |