## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT KUC, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 03 C 8590 |
| | ) | |
| v. | ) | HONORABLE MARK FILIP |
| | ) | Judge Presiding |
| GEORGE PASSAS, | ) | |
| JEFFREY LOQUERCIO, and | ) | MAGISTRATE JUDGE MASON |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

*FILED*

JUL 0 8 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*DOCKETED*

JUL 1 2 2004

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties

hereto, by their respective attorneys of record, that this matter has been settled pursuant to

the Release and Settlement Agreement filed herewith and, therefore, this cause should be

dismissed with prejudice and with each party bearing its own costs and attorneys' fees in

accordance with the terms of the Release and Settlement Agreement and the Agreed

Order of Dismissal.

Respectfully submitted,

Richard J. Dvorak
Attorney for plaintiff,
ROBERT KUC
Law Offices of Richard J. Dvorak
6133 South Ellis
Chicago, Illinois 60637
(773) 752-7586
Attorney No. 6269687

Date: 6-26-04

Jonathan Clark Green
Assistant Corporation Counsel
Attorney for defendants,
GEORGE PASSAS and
JEFFREY LOQUERCIO
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0742
Attorney No. 06193934

Date: 9 July 2004

14

_____

Christopher Murray
Assistant Corporation Counsel
Attorney for defendant,
CITY OF CHICAGO
30 North LaSalle Street, Suite 900
Chicago, Illinois  60602
(312) 744-9653
Attorney No. 06244700

DATE:  9 July 2004