

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT KUC, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 03 C 8590 |
| | ) | |
| v. | ) | HONORABLE MARK FILIP |
| | ) | Judge Presiding |
| GEORGE PASSAS, | ) | |
| JEFFREY LOQUERCIO, and | ) | MAGISTRATE JUDGE MASON |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

### RELEASE AND SETTLEMENT AGREEMENT

Plaintiff, ROBERT KUC, by his attorney, Richard J. Dvorak, and defendant CITY OF CHICAGO, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and defendants, GEORGE PASSAS and JEFFREY LOQUERCIO, by one of their attorneys, Jonathan Clark Green, Assistant Corporation Counsel, herein stipulate and agree to the following:

1. This action has been brought by plaintiff, ROBERT KUC ("Plaintiff"), against defendants, CITY OF CHICAGO, GEORGE PASSAS and JEFFREY LOQUERCIO (collectively referred to as "Defendants"), and makes certain allegations contained in Plaintiff's Complaint.

2. Defendants deny each and every allegation of wrongdoing as stated in Plaintiff's Complaint, and, further, deny liability.

3. The parties and their respective attorneys acknowledge that settlement of this claim is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any of the Defendants and/or the City of Chicago and/or its future, current or former officers, agents and employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any of the Defendants and/or the City of Chicago and/or its future, current or former officers, agents and employees. The parties and their

respective attorneys further acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiff and his attorney agree that they or any firm with which said attorney is affiliated or with which said attorney may later become affiliated shall not use this settlement as notice of misconduct on the part of any of the Defendants and/or the City of Chicago and/or its future, current or former officers, agents and employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, Plaintiff, ROBERT KUC, agrees to dismiss with prejudice all of her claims against Defendants, CITY OF CHICAGO, GEORGE PASSAS and JEFFREY LOQUERCIO, with each side bearing its own costs and attorneys' fees.

5. Plaintiff, ROBERT KUC, accepts a settlement from the City of Chicago, in the total amount of EIGHTEEN THOUSAND FIVE HUNDRED AND NO/100 ($18,500.00) DOLLARS, covering all three Defendants, CITY OF CHICAGO, GEORGE PASSAS and JEFFREY LOQUERCIO, as well as any other City of Chicago employees, whether named or unnamed, with each side bearing its own costs and attorneys' fees.

6. The City of Chicago agrees to pay plaintiff the total settlement amount within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and plaintiff and/or her attorney agree that they will not seek payment from any source other than the City of Chicago. The settlement check will be made payable to Plaintiff, his attorney, and lien claimants, if any, of which the City has notice.

7. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, Plaintiff agrees to indemnify and hold harmless the City of Chicago, and its future, current or former officers, agents and

2

employees including, but not limited to, Defendants, CITY OF CHICAGO, GEORGE PASSAS and JEFFREY LOQUERCIO, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by plaintiff under the settlement entered pursuant to this Release and Settlement Agreement.

8. Plaintiff, upon advice of counsel, understands and agrees that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, Plaintiff does hereby release and forever discharge on behalf of herself and her heirs, executors, administrators and assigns, all claims she had or has against Defendants, CITY OF CHICAGO, GEORGE PASSAS and JEFFREY LOQUERCIO, and the City of Chicago's future, current, or former officers, agents and employees, including but not limited to all claims she had, has, or may have in the future, under local, state, or federal law, arising either directly or indirectly out of the incident which was the basis for this litigation, and that such release and discharge also is applicable to any and all unnamed and/or unserved defendants.

9. This Release and Settlement Agreement and any documents that may be executed under paragraph 12 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

10. This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

11. In entering into this Release and Settlement Agreement, Plaintiff represents that he has relied upon the advice of his attorney, who is the attorney of his own choice, and that the terms of this Release and Settlement Agreement have been

interpreted, completely read and explained to him by his attorney, and that those terms are fully understood and voluntarily accepted by Plaintiff. Plaintiff also represents and warrants that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that he and his attorney have the sole right and exclusive authority to execute this Release and Settlement Agreement and receive the sums specified herein, and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

12. All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

X _____
ROBERT KUC, Plaintiff

Address: 3049 N. Normandy
Chicago, Illinois 60634

Date of birth: 9/1/63

SSN: 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

_____
Richard J. Dvorak
Attorney for Plaintiff,
ROBERT KUC
Law Offices of Richard J. Dvorak
6133 South Ellis
Chicago, Illinois 60637
(773) 752-7586
Attorney No. 6269687
DATE: 6-26-04

CITY OF CHICAGO,
a Municipal Corporation
Mara S. Georges
Corporation Counsel
Attorney for CITY OF CHICAGO

BY: _____
Jeffrey N. Given
Chief Asst. Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-9210
Attorney No. 06184989
DATE: _____

_____
Jonathan Clark Green
Assistant Corporation Counsel
Attorney for defendants,
GEORGE PASSAS and
JEFFREY LOQUERCIO
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0742
Attorney No. 06193934
DATE: 9 July 2004

4